# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN PAPE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-06462-RS<br><br>**ORDER GRANTING STIPULATION ON CMC DATES AND THE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO FIRST CAUSE OF ACTION, OR ALTERNATIVELY SUMMARY JUDGMENT AS TO FIRST CAUSE OF ACTION** |

Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant") filed a Stipulation on CMC dates and the Hearing Date and Briefing Schedule for Plaintiff's Motion for Judgment on the Pleadings ("Stipulation") in the above-captioned matter. The Court having considered the Stipulation HEREBY ORDERS THAT:

　　　　1.　　The Court adopts the Stipulation such that:

　　　　　　a.　　The Hearing Date for Plaintiff's Motion for Judgment on the Pleadings be continued to January 14, 2020 at 1:30 p.m.;

　　　　　　b.　　Defendant's Opposition to the Motion for Judgment on the Pleadings is

1. due on or before December 23, 2020; and

2.    c. Plaintiff's Reply in Support of the Motion for Judgment on the Pleadings is due on or before December 30, 2020.

   d. The Case Management Statement is due on or before February 4, 2021;

   e. The Initial Case Management Conference be continued to February 11, 2021 at 10:00 a.m.  All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

**IT IS SO ORDERED.**

Dated:  November 17, 2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

**Submitted by:**

SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
JODI S. COHEN, CASB No. 151534
jodi.cohen@kyl.com
NATALIE M. LAGUNAS, CASB No. 318634
natalie.lagunas@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

- 2 -
ORDER GRANTING STIPULATION ON CMC DATES AND THE HEARING DATE AND BRIEF SCHEDULE FOR PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO FIRST CAUSE OF ACTION, OR ALTERNATIVELY SUMMARY JUDGMENT, AS TO FIRST CAUSE OF ACTION.
 - Case No. 3:20-cv-06462-RS
KYL4823-7210-6194.1